In re MATHOT. (Supreme Court, Appellate Division, First Department. June 10, 1904.) In the matter of William L. Mathot. No opinion. Motion dismissed.

MAY et al., Respondents, v. NEMZER, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Simon May and Max Silver against Rachel Nemzer. No opinion. Judgment of the Municipal Court affirmed, with costs.

MICHAEL, Respondent, v. TRADERS' PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Hiram B. Michael against the Traders' Paper Company. No opinion. Judgment and order affirmed, with costs.